USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

DEBRA STARKS,

                    Plaintiff,                        **O R D E R**

          - against -                         07 Civ. 6194 (NRB)

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** this case was commenced on May 15, 2007 in the Eastern District of New York by the filing of a complaint seeking review of the decision of the Administrative Law Judge ("ALJ") pursuant to § 205(g) and/or § 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405 (g) and/or § 1383(c)(3); and

**WHEREAS** this case was transferred to the Southern District of New York by Order dated May 30, 2007; and

**WHEREAS** the Commissioner of Social Security filed a motion to dismiss dated October 31, 2007 on the grounds that plaintiff failed to timely request review of the ALJ's decision, and that when she did seek such review, the Appeals Council dismissed her request as untimely, and therefore that plaintiff has failed to exhaust administrative remedies thus depriving this Court of subject matter jurisdiction; and

**WHEREAS** this Court did not, and still has not to date received any papers in opposition; and

**WHEREAS** upon contacting plaintiff's counsel, Craig J. Tortora Esq., he represented to the Court that he filed this action so as to preserve plaintiff's right to seek review the ALJ decision, but has not heard from plaintiff herself in months despite numerous efforts to contact her, and now seeks to withdraw as counsel in this case; and

**WHEREAS** on January 24, 2008 Tortora moved to withdraw as counsel of record for plaintiff, and served a copy of the motion by mail to the plaintiff's last known address; and

**WHEREAS** no opposition to the motion to withdraw has been filed; it is hereby

**ORDERED** that Tortora's motion to withdraw is granted; and

**ORDERED** that in light of the lack of any opposition to the Commissioner's motion to dismiss, this case is dismissed without prejudice to restoring it to the Court's calendar within 30 days if plaintiff appears and so moves.

Dated:    New York, New York
          February 7, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

-2-

Copies of the foregoing Order have been mailed on this date to the following:

Debra J. Starks
146-16 Barclay Avenue, Apt. 3H
Flushing, NY 11355

Craig Tortora, Esq.
Goldsmith & Tortora
2067 Jericho Turnpike
Commack, NY 11725

Susan D. Baird, Esq.
Office of the U.S. Attorney
Southern District of New York
Civil Division
86 Chambers Street
New York, NY 10007